WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Motown Record Company, et al., | NO. CIV-06-3026-PHX-SMM |
| Plaintiffs, | |
| v. | **ORDER** |
| Anthony Rivera, | |
| Defendant. | |

Having received Motown Record Company, et al.'s Notice of Voluntary Dismissal (Doc. 7), filed with the Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure on April 6, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case.

DATED this 9th day of April, 2007.

Stephen M. McNamee
United States District Judge